**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LAYTON, KEVIN P. | § | Case No. 14-82788-LMT |
| SAVICKAS, CHERIE K. | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 16, 2014. The undersigned trustee was appointed on September 16, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          6,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 20.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 5,980.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/05/2015 and the deadline for filing governmental claims was 03/16/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,350.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,350.00, for a total compensation of $1,350.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/25/2015          By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82788-LMT  
**Case Name:** LAYTON, KEVIN P.  
SAVICKAS, CHERIE K.  
**Period Ending:** 03/25/15

**Trustee:** (330370)  BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/16/14 (f)  
**§341(a) Meeting Date:** 10/16/14  
**Claims Bar Date:** 03/05/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1325 Nippersink Drive Fee, Spring Grove, IL 6081 | 100,000.00 | 0.00 | | 0.00 | FA |
| 2 | 4999 Kings Heath Rd. Joint, Kissimmee, FL 2 Time | 6,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 16.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account U.S. Bank Daughter's Bank Accou | 300.00 | 300.00 | | 0.00 | FA |
| 7 | Checking Account McHenry Bank & Trust Son's chec | 100.00 | 100.00 | | 0.00 | FA |
| 8 | Miscellaneous household goods and furnishings: T | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous costume jewelry | 300.00 | 300.00 | | 0.00 | FA |
| 11 | Firearms | 800.00 | 0.00 | | 0.00 | FA |
| 12 | 457(b) Plan Cook County<br>   Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 10 | 6,300.00 | 0.00 | | 0.00 | FA |
| 13 | Pension Cook County | Unknown | 0.00 | | 0.00 | FA |
| 14 | Pension Cook County Cherie Savickas receives gro | Unknown | 0.00 | | 0.00 | FA |
| 15 | Government Savings Bonds Purchased for Debtors' | 2,186.00 | 0.00 | | 0.00 | FA |
| 16 | 2 ATVs and trailer Do not run | 500.00 | 500.00 | | 0.00 | FA |
| 17 | 2007 Pontiac Grand Prix 184,000 miles | 2,400.00 | 0.00 | | 0.00 | FA |
| 18 | 2005 Chevrolet Trailblazer 115,000 miles Vehicle | 1,500.00 | 0.00 | | 0.00 | FA |
| 19 | 2008 Saturn Vue 110,000 miles Cherie Savickas na | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 20 | 2008 Bayliner Deck Boat 237 | 7,000.00 | 2,952.00 | | 0.00 | FA |
| 21 | Waverunner Does not run | 300.00 | 300.00 | | 0.00 | FA |
| 22 | Boat Trailer | 500.00 | 500.00 | | 0.00 | FA |
| 23 | Boat Lift | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 24 | Miscellaneous hand tools, power tools, lawnmower | 250.00 | 0.00 | | 0.00 | FA |
| 25 | Life Insurance Policy American General Debtor's  (u) | 559.88 | 559.88 | | 0.00 | FA |
| 26 | Life Insurance Policy American General Cherie Sa  (u) | 644.66 | 644.66 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82788-LMT  
**Case Name:** LAYTON, KEVIN P.  
                SAVICKAS, CHERIE K.  
**Period Ending:** 03/25/15

**Trustee:** (330370)  BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/16/14 (f)  
**§341(a) Meeting Date:** 10/16/14  
**Claims Bar Date:** 03/05/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | Life Insurance Policy American General Debtor's  (u) | 586.32 | 586.32 | | 0.00 | FA |
| 28 | Life Insurance Policy American General Debtor's  (u) | 1,788.22 | 1,788.22 | | 0.00 | FA |
| 29 | Global Settlement for All Non-Exempt Assets | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 29 | **Assets** **Totals** (Excluding unknown values) | **$141,031.08** | **$21,531.08** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  May 1, 2015       **Current Projected Date Of Final Report (TFR):**  May 1, 2015

Printed: 03/25/2015 04:22 PM    V.13.21

Case 14-82788    Doc 33    Filed 05/05/15    Entered 05/05/15 15:02:52    Desc Main
Document    Page 5 of 10

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-82788-LMT  
**Case Name:** LAYTON, KEVIN P.  
SAVICKAS, CHERIE K.  
**Taxpayer ID #:** **-***2931  
**Period Ending:** 03/25/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/12/15 | {29} | Kathleen L. Savickas | Pymt on Compromise | 1129-000 | 6,000.00 | | 6,000.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,990.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,980.00 |
| | | | **ACCOUNT TOTALS** | | **6,000.00** | **20.00** | **$5,980.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **6,000.00** | **20.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.00** | **$20.00** | |

Net Receipts : 6,000.00  
—————  
Net Estate : $6,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********66** | 6,000.00 | 20.00 | 5,980.00 |
| | **$6,000.00** | **$20.00** | **$5,980.00** |

{} Asset reference(s)

Printed: 03/25/2015 04:22 PM    V.13.21

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 5, 2015

| **Case Number:** 14-82788-LMT | | Page: 1 | | **Date:** March 25, 2015 | |
|---|---|---|---|---|---|
| **Debtor Name:** LAYTON, KEVIN P. | | | | **Time:** 04:23:01 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTY 199 | ATTY. BERNARD J. NATALE<br>6833 STALTER DRIVE<br>SUITE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | 12/02/14 - 01/31/15 | $1,120.00 | $0.00 | 1,120.00 |
| TRTE 199 | BERNARD J. NATALE<br>6833 STALTER DRIVE<br>SUITE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $1,350.00 | $0.00 | 1,350.00 |
| ATTYEXP 199 | ATTY. BERNARD J. NATALE<br>6833 STALTER DRIVE<br>SUITE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | 12/11/14-12/17/14 | $39.60 | $0.00 | 39.60 |
| 1 610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595 | Unsecured | 6056/HBC ORCHARD BK | $1,332.00 | $0.00 | 1,332.00 |
| 2 610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595 | Unsecured | 0124/BEST BUY | $674.36 | $0.00 | 674.36 |
| 3 610 | American InfoSource LP agent<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | 4301/CAPITAL ONE BK | $829.42 | $0.00 | 829.42 |
| 4 610 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 1828/ELITE WINDOWS & SIDI | $1,967.89 | $0.00 | 1,967.89 |
| 5 610 | Capital One Bank (USA), N.A.<br>American InfoSource LP agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | 6639 | $848.07 | $0.00 | 848.07 |
| 6 610 | BMO Harris Bank N.A.<br>ATTN: BRK-180-RC<br>770 N Water St.<br>Milwaukee, WI 53202 | Unsecured | 3439/HELOC | $53,960.96 | $0.00 | 53,960.96 |
| 7 610 | Capital Recovery V, LLC<br>% Recovery Mgmt Systems Corp.<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 2098/SAM'S CLUB MC | $3,870.46 | $0.00 | 3,870.46 |
| 8 610 | Portfolio Recovery Associates, LLC<br>P O Box 12914<br>Norfolk, VA 23541 | Unsecured | 2027/QVC RECEIVABLES | $1,025.75 | $0.00 | 1,025.75 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 5, 2015

**Case Number:** 14-82788-LMT  
**Debtor Name:** LAYTON, KEVIN P.

Page: 2

**Date:** March 25, 2015  
**Time:** 04:23:01 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9<br>610 | Portfolio Recovery Associates, LLC<br>P O Box 12914<br>Norfolk, VA 23541 | Unsecured | 4085/JCPENNEY | $912.03 | $0.00 | 912.03 |
| **<< Totals >>** | | | | 67,930.54 | 0.00 | 67,930.54 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                   Exhibit D

Case No.: 14-82788-LMT
Case Name: LAYTON, KEVIN P.
Trustee Name: BERNARD J. NATALE

**Balance on hand:**                      $            5,980.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $                0.00
Remaining balance:                       $            5,980.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,350.00 | 0.00 | 1,350.00 |
| Attorney for Trustee, Fees - ATTY. BERNARD J. NATALE | 1,120.00 | 0.00 | 1,120.00 |
| Attorney for Trustee, Expenses - ATTY. BERNARD J. NATALE | 39.60 | 0.00 | 39.60 |

Total to be paid for chapter 7 administration expenses:   $            2,509.60
Remaining balance:                                        $            3,470.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $                0.00
Remaining balance:                                            $            3,470.40

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,470.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,420.94 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 1,332.00 | 0.00 | 70.66 |
| 2 | Cavalry SPV I, LLC | 674.36 | 0.00 | 35.77 |
| 3 | American InfoSource LP agent | 829.42 | 0.00 | 44.00 |
| 4 | Quantum3 Group LLC as agent for | 1,967.89 | 0.00 | 104.39 |
| 5 | Capital One Bank (USA), N.A. | 848.07 | 0.00 | 44.99 |
| 6 | BMO Harris Bank N.A. | 53,960.96 | 0.00 | 2,862.48 |
| 7 | Capital Recovery V, LLC | 3,870.46 | 0.00 | 205.32 |
| 8 | Portfolio Recovery Associates, LLC | 1,025.75 | 0.00 | 54.41 |
| 9 | Portfolio Recovery Associates, LLC | 912.03 | 0.00 | 48.38 |

Total to be paid for timely general unsecured claims: $ 3,470.40
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $            0.00
Remaining balance: $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $            0.00
Remaining balance: $            0.00

**UST Form 101-7-TFR (05/1/2011)**