# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: LAYTON, KEVIN P. | § | Case No. 14-82788 |
| SAVICKAS, CHERIE K. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE                              , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court

327 S Church Street, Room 1100

Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/27/2015 in Courtroom 3100, United States Courthouse, 327 S Church Street

Rockford IL 61101.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  03/25/2015            By:  /s/BERNARD J. NATALE

                                         Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: LAYTON, KEVIN P.           §     Case No. 14-82788
        SAVICKAS, CHERIE K.        §
                                   §
Debtor(s)                          §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $      6,000.00

*and approved disbursements of*           $         20.00

*leaving a balance on hand of*  [1]       $      5,980.00

**Balance on hand:**          $        5,980.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $        0.00
Remaining balance:                        $     5,980.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,350.00 | 0.00 | 1,350.00 |
| Attorney for Trustee, Fees - ATTY. BERNARD J. NATALE | 1,120.00 | 0.00 | 1,120.00 |
| Attorney for Trustee, Expenses - ATTY. BERNARD J. NATALE | 39.60 | 0.00 | 39.60 |

Total to be paid for chapter 7 administration expenses:   $     2,509.60
Remaining balance:                                        $     3,470.40

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: **$**     0.00

Remaining balance: **$**     3,470.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: **$**     0.00

Remaining balance: **$**     3,470.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,420.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 1,332.00 | 0.00 | 70.66 |
| 2 | Cavalry SPV I, LLC | 674.36 | 0.00 | 35.77 |
| 3 | American InfoSource LP agent | 829.42 | 0.00 | 44.00 |
| 4 | Quantum3 Group LLC as agent for | 1,967.89 | 0.00 | 104.39 |
| 5 | Capital One Bank (USA), N.A. | 848.07 | 0.00 | 44.99 |
| 6 | BMO Harris Bank N.A. | 53,960.96 | 0.00 | 2,862.48 |
| 7 | Capital Recovery V, LLC | 3,870.46 | 0.00 | 205.32 |
| 8 | Portfolio Recovery Associates, LLC | 1,025.75 | 0.00 | 54.41 |
| 9 | Portfolio Recovery Associates, LLC | 912.03 | 0.00 | 48.38 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,470.40 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-82788-TML
Kevin P. Layton                                                     Chapter 7
Cherie K. Savickas
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett        Page 1 of 2            Date Rcvd: May 06, 2015
                             Form ID: pdf006        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2015.
```
db/jdb     +Kevin P. Layton,   Cherie K. Savickas,   5020 North Westwood Drive,   McHenry, IL 60051-7654
22391038   +BMO Harris Bank N.A.,   BMO Harris Bank - Bankruptcy Dept.,   770 N. Water Street,
             Milwaukee, WI 53202-0002
22826395   +BMO Harris Bank N.A.,   ATTN: BRK-180-RC,   770 N Water St.,   Milwaukee WI 53202-0002
22391036    Blatt Hasenmiller Leibsker & Moore,   125 South Wacker Drive,   Suite 400,
             Chicago, IL 60606-4440
22391039   +Brightwater Capital LLC,   850 Concourse Pkwy.,   Maitland, FL 32751-6144
22391040   +Caine & Weiner,   P.O. Box 5010,   Woodland Hills, CA 91365-5010
22391042   +Capital 1 Bank,   Attn: General Correspondence,   P.O. Box 30285,
             Salt Lake City, UT 84130-0285
22757479    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
22391045   +Ehrenberg & Egan, LLC,   321 North Clark St. Suite 1430,   Chicago, IL 60654-5201
22391046   +Equiant Financial Services,   Attn: Bankruptcy Dept.,   5401 N. Pima Rd.,
             Scottsdale, AZ 85250-2627
22391049   +Kathleen Savickas,   5938 W. 63rd Place,   Chicago, IL 60638-5416
22391052   +Mercy Physician Care,   P.O. Box 2830,   Janesville, WI 53547-2830
22391054   +Ncofin/980,   600 Holiday Plaza,   Matteson, IL 60443-2241
22391055   +Northland Group Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
22391057   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   P.O. Box 41067,
             Norfolk, VA 23541)
22391061    Quest Diagnostics,   P.O. Box 7306,   Hollister, MO 65673-7306
22391062   +Stellar Recovery Inc.,   1327 Highway 2 West,   Kalispell, MT 59901-3413
22391064   +Vision Financial Corp,   P.O. Box 7477,   Rockford, IL 61126-7477
22391065   +Wells Fargo Home Projects,   Wells Fargo Financial,   1 Home Campus 3rd Floor,
             Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22703750    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2015 00:39:29
             American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
             Oklahoma City, OK  73126-8941
22391037   +E-mail/Text: mmeyers@blittandgaines.com May 07 2015 00:38:50    Blitt & Gaines, P.C.,
             661 Glenn Ave,   Wheeling, IL 60090-6017
22391044    E-mail/Text: bankruptcy@cavps.com May 07 2015 00:38:06    Cavalry Portfolio Services,
             P.O. Box 27288,   Tempe, AZ 85285
22391041   +E-mail/Text: bankruptcy@cavps.com May 07 2015 00:38:06    Calvary Portfolio Services,
             Attention: Bankruptcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-1340
22959319    E-mail/PDF: rmsced@recoverycorp.com May 07 2015 00:39:36    Capital Recovery V, LLC,
             c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
22697845    E-mail/Text: bankruptcy@cavps.com May 07 2015 00:38:07    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
22391047   +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 00:39:08    GECRB/Home Shopping,
             Attn: Bankruptcy,   P.O. Box 103104,   Roswell, GA 30076-9104
22391048   +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 00:39:08    GECRB/Sams Club,
             P.O. Box 103104,   Roswell, GA 30076-9104
22391051   +E-mail/Text: ebn@ltdfin.com May 07 2015 00:37:23    Ltd Financial Services, LP,
             7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2134
22391053   +E-mail/Text: bankruptcydepartment@ncogroup.com May 07 2015 00:37:55
             NCO Financial Systems, Inc.,   P.O. Box 17213,   Wilmington, DE 19850-7213
22718730    E-mail/Text: bnc-quantum@quantum3group.com May 07 2015 00:37:30
             Quantum3 Group LLC as agent for,   Crown Asset Management LLC,   PO Box 788,
             Kirkland, WA  98083-0788
22391063   +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 00:39:09    SYNCB/Home Design HI 2262,
             P.O. Box 965036,   Orlando, FL 32896-5036
                                                                                  TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22391056*  +Northland Group Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
22391058*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   P.O. Box 41067,
             Norfolk, VA 23541)
22391059*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   P.O. Box 41067,
             Norfolk, VA 23541)
22391060*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,   P.O. Box 12914,
             Norfolk, VA 23541)
23011634*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,
             Successor to GE CAPITAL RETAIL BANK (JC,   POB 41067,   Norfolk, VA 23541)
23011342*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,
             Successor to GE CAPITAL RETAIL BANK (QVC,   POB 41067,   Norfolk, VA 23541)
```

```
District/off: 0752-3          User: vgossett        Page 2 of 2          Date Rcvd: May 06, 2015
                             Form ID: pdf006        Total Noticed: 31

22391043        ##+Capital One,   26525 N. Riverwoods Blvd.,   Mettawa, IL 60045-3438
22391050        ##+Lane Bryant Retail,   450 Winks Lane,   Bensalem, PA 19020-5943
                                                            TOTALS: 0, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2015                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2015 at the address(es) listed below:
              Adham  Alaily    on behalf of Creditor    BMO HARRIS BANK N.A.  aalaily@ehrenbergeganlaw.com
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              Bernard J Natale    natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Rebecca A Lamm    on behalf of Joint Debtor Cherie K. Savickas rlamm@fgmlaw.com
              Rebecca A Lamm    on behalf of Debtor Kevin P. Layton rlamm@fgmlaw.com
                                                                      TOTAL: 7