**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LAYTON, KEVIN P.              § Case No. 14-82788-LMT
       SAVICKAS, CHERIE K.           §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $141,031.08                Assets Exempt: $49,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,470.40    Claims Discharged
                                              Without Payment: $81,109.09

Total Expenses of Administration: $2,529.60

---

   3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $152,506.78 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,529.60 | 2,529.60 | 2,529.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,496.55 | 65,420.94 | 65,420.94 | 3,470.40 |
| **TOTAL DISBURSEMENTS** | $182,003.33 | $67,950.54 | $67,950.54 | $6,000.00 |

4) This case was originally filed under Chapter 7 on September 16, 2014. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2015        By: /s/BERNARD J. NATALE
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Global Settlement for All Non-Exempt Assets | 1129-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Equiant Financial Services | 4110-000 | 7,696.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank N.A. BMO Harris Bank - Bankruptcy | 4110-000 | 144,810.78 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$152,506.78** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTY. BERNARD J. NATALE | 3110-000 | N/A | 1,120.00 | 1,120.00 | 1,120.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| ATTY. BERNARD J. NATALE | 3120-000 | N/A | 39.60 | 39.60 | 39.60 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,529.60** | **$2,529.60** | **$2,529.60** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | N/A | 1,332.00 | 1,332.00 | 70.66 |
| 2 | Cavalry SPV I, LLC | 7100-000 | 674.00 | 674.36 | 674.36 | 35.77 |
| 3 | American InfoSource LP agent | 7100-000 | N/A | 829.42 | 829.42 | 44.00 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | 1,974.00 | 1,967.89 | 1,967.89 | 104.39 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 848.07 | 848.07 | 44.99 |
| 6 | BMO Harris Bank N.A. | 7100-000 | N/A | 53,960.96 | 53,960.96 | 2,862.48 |
| 7 | Capital Recovery V, LLC | 7100-000 | 5,698.00 | 3,870.46 | 3,870.46 | 205.32 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | 1,080.00 | 1,025.75 | 1,025.75 | 54.41 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | 912.00 | 912.03 | 912.03 | 48.38 |
| NOTFILED | Mercy Physician Care | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Lane Bryant Retail | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ltd Financial Services, LP | 7100-000 | 1,746.06 | N/A | N/A | 0.00 |
| NOTFILED | Ncofin/980 | 7100-000 | 212.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Quest Diagnostics | 7100-000 | 660.49 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery | 7100-000 | 359.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Projects | 7100-000 | 1,967.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial Stellar Recovery Inc. | 7100-000 | 1,968.00 | N/A | N/A | 0.00 |
| NOTFILED | SYNCB/Home Design HI 2262 | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Home Shopping | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Caine & Weiner | 7100-000 | 348.00 | N/A | N/A | 0.00 |
| NOTFILED | Brightwater Capital LLC | 7100-000 | 448.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $29,496.55 | $65,420.94 | $65,420.94 | $3,470.40 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| **Case Number:** 14-82788-LMT | | **Trustee:** (330370) BERNARD J. NATALE | | |
| **Case Name:** LAYTON, KEVIN P. | | **Filed (f) or Converted (c):** 09/16/14 (f) | | |
| SAVICKAS, CHERIE K. | | **§341(a) Meeting Date:** 10/16/14 | | |
| **Period Ending:** 08/10/15 | | **Claims Bar Date:** 03/05/15 | | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1325 Nippersink Drive Fee, Spring Grove, IL 6081 | 100,000.00 | 0.00 | | 0.00 | FA |
| 2 | 4999 Kings Heath Rd. Joint, Kissimmee, FL 2 Time | 6,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 16.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account U.S. Bank Daughter's Bank Accou | 300.00 | 300.00 | | 0.00 | FA |
| 7 | Checking Account McHenry Bank & Trust Son's chec | 100.00 | 100.00 | | 0.00 | FA |
| 8 | Miscellaneous household goods and furnishings: T | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous costume jewelry | 300.00 | 300.00 | | 0.00 | FA |
| 11 | Firearms | 800.00 | 0.00 | | 0.00 | FA |
| 12 | 457(b) Plan Cook County<br>  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 10 | 6,300.00 | 0.00 | | 0.00 | FA |
| 13 | Pension Cook County | Unknown | 0.00 | | 0.00 | FA |
| 14 | Pension Cook County Cherie Savickas receives gro | Unknown | 0.00 | | 0.00 | FA |
| 15 | Government Savings Bonds Purchased for Debtors' | 2,186.00 | 0.00 | | 0.00 | FA |
| 16 | 2 ATVs and trailer Do not run | 500.00 | 500.00 | | 0.00 | FA |
| 17 | 2007 Pontiac Grand Prix 184,000 miles | 2,400.00 | 0.00 | | 0.00 | FA |
| 18 | 2005 Chevrolet Trailblazer 115,000 miles Vehicle | 1,500.00 | 0.00 | | 0.00 | FA |
| 19 | 2008 Saturn Vue 110,000 miles Cherie Savickas na | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 20 | 2008 Bayliner Deck Boat 237 | 7,000.00 | 2,952.00 | | 0.00 | FA |
| 21 | Waverunner Does not run | 300.00 | 300.00 | | 0.00 | FA |
| 22 | Boat Trailer | 500.00 | 500.00 | | 0.00 | FA |
| 23 | Boat Lift | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 24 | Miscellaneous hand tools, power tools, lawnmower | 250.00 | 0.00 | | 0.00 | FA |
| 25 | Life Insurance Policy American General Debtor's  (u) | 559.88 | 559.88 | | 0.00 | FA |
| 26 | Life Insurance Policy American General Cherie Sa  (u) | 644.66 | 644.66 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82788-LMT  
**Case Name:** LAYTON, KEVIN P.  
SAVICKAS, CHERIE K.  
**Period Ending:** 08/10/15

**Trustee:** (330370)    BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/16/14 (f)  
**§341(a) Meeting Date:** 10/16/14  
**Claims Bar Date:** 03/05/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 27 | Life Insurance Policy American General Debtor's (u) | 586.32 | 586.32 | | 0.00 | FA |
| 28 | Life Insurance Policy American General Debtor's (u) | 1,788.22 | 1,788.22 | | 0.00 | FA |
| 29 | Global Settlement for All Non-Exempt Assets | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 29 | Assets   Totals (Excluding unknown values) | **$141,031.08** | **$21,531.08** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    May 1, 2015    **Current Projected Date Of Final Report (TFR):**    March 25, 2015  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-82788-LMT
**Case Name:** LAYTON, KEVIN P.
SAVICKAS, CHERIE K.
**Taxpayer ID #:** **-***2931
**Period Ending:** 08/10/15

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** Rabobank, N.A.
**Account:** ********66 - Checking Account
**Blanket Bond:** $8,842,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/12/15 | {29} | Kathleen L. Savickas | Pymt on Compromise | 1129-000 | 6,000.00 | | 6,000.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,990.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,980.00 |
| 05/28/15 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,350.00, Trustee Compensation; Reference: | 2100-000 | | 1,350.00 | 4,630.00 |
| 05/28/15 | 102 | American InfoSource LP agent | Distribution paid 5.30% on $829.42; Claim# 3; Filed: $829.42; Reference: 4301/CAPITAL ONE BK | 7100-000 | | 44.00 | 4,586.00 |
| 05/28/15 | 103 | Quantum3 Group LLC as agent for | Distribution paid 5.30% on $1,967.89; Claim# 4; Filed: $1,967.89; Reference: 1828/ELITE WINDOWS & SIDI | 7100-000 | | 104.39 | 4,481.61 |
| 05/28/15 | 104 | Capital One Bank (USA), N.A. | Distribution paid 5.30% on $848.07; Claim# 5; Filed: $848.07; Reference: 6639 | 7100-000 | | 44.99 | 4,436.62 |
| 05/28/15 | 105 | BMO Harris Bank N.A. | Distribution paid 5.30% on $53,960.96; Claim# 6; Filed: $53,960.96; Reference: 3439/HELOC | 7100-000 | | 2,862.48 | 1,574.14 |
| 05/28/15 | 106 | Capital Recovery V, LLC | Distribution paid 5.30% on $3,870.46; Claim# 7; Filed: $3,870.46; Reference: 2098/SAM'S CLUB MC | 7100-000 | | 205.32 | 1,368.82 |
| 05/28/15 | 107 | ATTY. BERNARD J. NATALE | Combined Check for Claims#ATTY,ATTYEXP | | | 1,159.60 | 209.22 |
| | | | Dividend paid 100.00% on $1,120.00; Claim# ATTY; Filed: $1,120.00; Reference: 12/02/14 - 01/31/15    1,120.00 | 3110-000 | | | 209.22 |
| | | | Dividend paid 100.00% on $39.60; Claim# ATTYEXP; Filed: $39.60; Reference: 12/11/14-12/17/14    39.60 | 3120-000 | | | 209.22 |
| 05/28/15 | 108 | Cavalry SPV I, LLC | Combined Check for Claims#1,2 | | | 106.43 | 102.79 |
| | | | Dividend paid 5.30% on $1,332.00; Claim# 1; Filed: $1,332.00; Reference: 6056/HBC ORCHARD BK    70.66 | 7100-000 | | | 102.79 |
| | | | Dividend paid 5.30% on $674.36; Claim# 2; Filed: $674.36;    35.77 | 7100-000 | | | 102.79 |

Subtotals :   $6,000.00    $5,897.21

{} Asset reference(s)

Printed: 08/10/2015 02:31 PM   V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-82788-LMT  
**Case Name:** LAYTON, KEVIN P.  
SAVICKAS, CHERIE K.  
**Taxpayer ID #:** **-***2931  
**Period Ending:** 08/10/15

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: 0124/BEST BUY | | | | |
| 05/28/15 | 109 | Portfolio Recovery Associates, LLC | Combined Check for Claims#8,9 | | | 102.79 | 0.00 |
| | | | Dividend paid 5.30% on 54.41<br>$1,025.75; Claim# 8;<br>Filed: $1,025.75;<br>Reference: 2027/QVC RECEIVABLES | 7100-000 | | | 0.00 |
| | | | Dividend paid 5.30% on 48.38<br>$912.03; Claim# 9;<br>Filed: $912.03;<br>Reference: 4085/JCPENNEY | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,000.00 | 6,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,000.00 | 6,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.00** | **$6,000.00** | |

Net Receipts :  6,000.00  
_____  
Net Estate :  $6,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********66 | 6,000.00 | 6,000.00 | 0.00 |
| | $6,000.00 | $6,000.00 | $0.00 |

{} Asset reference(s)